# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0252
LT Case No. 2019-CF-000411-A

_____

TIMOTHY ISHMAEL EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Timothy Ishmael Evans, Lowell, pro se.

No Appearance for Appellee.

July 23, 2024

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____